UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| RICHARD W. DUGGAN,<br>　　Plaintiff,<br><br>v.<br><br>JOHN POTTER, POSTMASTER<br>GENERAL, ET AL,<br>　　Defendants. | )<br>)<br>)<br>)<br>) Civil Action No. 04-11116-DPW<br>)<br>)<br>)<br>)<br>) |

**MOTION OF THE DEFENDANTS TO ENLARGE THE TIME
TO ANSWER OR OTHERWISE RESPOND**

The defendants, by their attorney, Michael J. Sullivan, U.S. Attorney for the District of Massachusetts, respectfully moves this Court, pursuant to Fed.R.Civ.P. 6(b), for an enlargement of time to file an answer or otherwise respond in this matter by one month to October 22, 2004.  As reasons therefore, the defendants state that they are in the process of gathering information necessary to file an answer or other response and need additional time to complete these assessments.

Wherefore the defendants respectfully request that this Court grant an enlargement of time to file an answer or otherwise respond in this matter until October 22, 2004.

        Respectfully submitted,

        UNITED STATES OF AMERICA
        By its attorney,

        MICHAEL J. SULLIVAN
        United States Attorney

Dated: September 20, 2004    /S/ Christopher R. Donato
        Christopher R. Donato
        Assistant U.S. Attorney
        U.S. Attorney's Office
        John Joseph Moakley Courthouse
        1 Courthouse Way, Suite 9200
        Boston, MA 02210
        (617) 748-3303

**CERTIFICATE OF SERVICE**

I certify that on this day a true copy of the above document was served by first class mail, postage prepaid, upon the following:

Richard W. Duggan
103 Oak Lane #6
Brockton, MA 02301

Dated: September 20, 2004    /S/ Christopher R. Donato
        Christopher R. Donato
        Assistant U.S. Attorney

**CERTIFICATION PURSUANT TO L.R. 7.1 (A)(3)**

I hereby certify that on September 20, 2004, I conferred with the plaintiff and attempted in good faith to resolve the issues presented in this motion.

Dated: September 20, 2004    /S/ Christopher R. Donato
        Christopher R. Donato
        Assistant U.S. Attorney