CERTIFICATE OF SERVICE

I certify that the attached document (s) was (were) sent by certified mail to the Federal Court, and regular FCM to the US Attorney this day to each of the following:

MSPB

USA District Court
Office of the Clerk
1 Courthouse Way, Suite 2300
Boston, MA 02210

Agency's Representative

Mr. Chris Donato
USA Attorney's Office
1 Courthouse Way
Boston, MA 02210

September 20 2004
(Date)

Richard W. Duggan