AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of **MASSACHUSETTS**

**RICHARD W. DUGGAN**

**SUMMONS IN A CIVIL CASE**

V.

**JOHN POTTER, POSTMASTER GENERAL, ET AL**     CASE     **04-11116-DPW**

TO: (Name and address of Defendant)

*United States Attoaney*
*United States Courthouse*
*1 Courthouse Way, Suite 9200*
*Boston MA 02210*

YOU ARE HEREBY SUMMONED and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

*Pro se*
*Richard W Duggan*
*103 Oak Lane #6*
*Brockton MA 02301*

an answer to the complaint which is herewith served upon you, within ___**60**___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

**TONY ANASTAS**                                           7/14/2004

CLERK                                                              DATE

*Michelle Rynne*
(By) DEPUTY CLERK

AO 440 (Rev. 10/93) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me<sup>(1)</sup> | 7/19/04 |
| NAME OF SERVER (PRINT) Richard W Duggan | TITLE Mgr Dist Ops |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the third-party defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): Mailed via certified mail 7004 0750 0001 8599 7860

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 7/19/04

Signature of Server: Richard W Duggan

Address of Server: 103 Oak Cano #6, Brockton MA 02301

---

**U.S. Postal Service™ CERTIFIED MAIL™ RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

Boston MA 02210

| Postage | $ | 0.37 | UNIT ID: 01 |
| Certified Fee | | 2.30 | |
| Return Reciept Fee (Endorsement Required) | | 1.75 | Postmark Here |
| Restricted Delivery Fee (Endorsement Required) | | | Clerk: KTTF9 |
| Total Postage & Fees | $ | 4.42 | 07/19/04 |

Sent To: USA Attorney USCog
Street, Apt. No.; or PO Box No. 1 courthouse Way
City, State, ZIP+4 Boston MA 022

7004 0750 0001 8599 7860

---

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:
USA Attorney
US Courthouse
1 Courthouse Way
Boston MA 02210

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature X _____ ☐ Agent ☐ Addressee
B. Received by (Printed Name) R Sharmas   C. Date of Delivery
D. Is delivery address different from item 1? ☐ Yes ☐ No
If YES, enter delivery address below:

3. Service Type
☒ Certified Mail ☐ Express Mail
☐ Registered ☐ Return Receipt for Merchandise
☐ Insured Mail ☐ C.O.D.

4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number (Transfer from service label) 7004 0750 0001 8599 7860

PS Form 3811, February 2004    Domestic Return Receipt    102595