AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of     MASSACHUSETTS

RICHARD W. DUGGAN

V.

**SUMMONS IN A CIVIL CASE**

JOHN POTTER, POSTMASTER
GENERAL, ET AL

CASE     04-11116-DPW

TO: (Name and address of Defendant)

John Potter, PMG/CEO
US Postal Svc
475 L'Enfant Plaza
Washington DC 20260-0010

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Pro Se
Richard W Duggan
103 Oak Lane #6
Brockton MA 02301

an answer to the complaint which is herewith served upon you, within **60** days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

**TONY ANASTAS**                      7/14/2004

CLERK                                                     DATE

*Michelle Rynne*
(By) DEPUTY CLERK

AO 440 (Rev. 10/93) Summons in a Civil Action

# RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | 7/19/04 |

| NAME OF SERVER (PRINT) | TITLE |
|---|---|
| Richard W Duggan | A/Pose Mgr Dist Ops EAS 24 |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the third-party defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): Mailed via Certified Mail # 7004 0750 0001 8599 7884

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  7/19/04
              Date                Signature of Server

103 Oakland #6
Brockton MA 02301
*Address of Server*

---

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com

WASHINGTON DC 20260

| Postage | $ | 0.37 |
|---|---|---|
| Certified Fee | | 2.30 |
| Return Reciept Fee (Endorsement Required) | | 1.75 |
| Restricted Delivery Fee (Endorsement Required) | | |
| Total Postage & Fees | $ | 4.42 | 07/1 |

Sent To: John Potter PMG/CEO
Street, Apt. No.; or PO Box No.: 475 Lenfant
City, State, ZIP+4: Washington DC 20

PS Form 3800, June 2002

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   US Postal Service
   John Potter Postmaster Genl
   475 Lenfant Plaza
   Washington  DC20260-0010

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X _____   ☑ Agent   ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery
   OPMG                          7/21/04

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:       ☐ No

3. Service Type
   ☑ Certified Mail    ☐ Express Mail
   ☐ Registered        ☐ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number (Transfer from service label)
   7004 0750 0001 8599 7884

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540