UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
                                    )
RICHARD W. DUGGAN,                  )
      Plaintiff,                    )
                                    )
v.                                  )    Civil Action No. 04-11116-DPW
                                    )
JOHN POTTER, POSTMASTER             )
GENERAL, ET AL,                     )
      Defendants.                   )
                                    )
```

**MOTION TO DISMISS**

As more fully demonstrated in the accompanying Memorandum in Support, the defendants, John E. Potter, Postmaster General, and the United States Postal Service, respectfully request that this Court dismiss the above-captioned matter pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure as the plaintiff has failed to state a claim upon which relief can be granted.

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

Dated: October 21, 2004  By:   /s/ Christopher R. Donato
                               CHRISTOPHER R. DONATO
                               Assistant U.S. Attorney
                               John Joseph Moakley Courthouse
                               One Courthouse Way, Suite 9200
                               Boston, Massachusetts 02210
                               (617) 748-3100

**CERTIFICATE OF SERVICE**

I certify that on this day a true copy of the defendants' Motion to Dismiss was served by first class mail, postage prepaid, upon the *pro se* plaintiff at the following address:

Richard W. Duggan
103 Oak Lane #6
Brockton, MA 02301

Dated: October 21, 2004          /S/ Christopher R. Donato
                                 Christopher R. Donato
                                 Assistant U.S. Attorney

**CERTIFICATE PURSUANT TO LR. 7.1(A)(2)**

I certify that I conferred with the *pro se* plaintiff and have attempted in good faith to resolve or narrow the issues in the attached motion.

Dated: October 21, 2004          /S/ Christopher R. Donato
                                 Christopher R. Donato
                                 Assistant U.S. Attorney