## UNITED STATES OF AMERICA
## DISTRICT COURT OF MASSACHUSETTS

RICHARD W. DUGGAN ,
    Plaintiff,
    v.

Civil Action No.  04 -11116-DPW

JOHN POTTER, POSTMASTER GENERAL, ET AL.
    Defendants

### MOTION TO EXTEND THE TIMELIMITS FOR RESPONDING TO THE DEFENDANTS' MOTION TO DISMISS dated October 21, 2004

On Monday, October 25, 2004 I received the Defendant's motion to dismiss.

I am requesting a thirty (30) day extension to the time limits due to the fact that I will be undergoing cervical surgery on Tuesday November 2, 2004. I have enclosed a copy of the scheduling letter from Paul Glazer, MD.

I attempted to contacted Attorney Christopher Donato, and was advised by his secretary that he was out of the office today. I then left a message on his phone advising him of my request.

_(signature)_
Richard W. Duggan           October 28, 2004



# Paul A. Glazer, M.D.
Spinal Surgery
Assistant Professor of Orthopedic Surgery

Shapiro Clinical Center
330 Brookline Avenue
Boston, MA 02215
(617) 667-2225
Fax (617) 667-2233

Beth Israel Deaconess
Medical Center
Harvard Medical School

10/5/2004

Mr. Richard Duggan
103 Oak Lane, #6
Brockton, Mass. 02301

Dear Mr. Duggan,

This letter is to inform you of the details of your upcoming surgery. Please read it carefully. If there is anything you do not understand, you should call me for a further explanation.

I have made an appointment for you with the **Pre-procedure Testing Department on October 28th at 2:00 P.M.** They are located on the 3rd floor of the West Campus Clinical Center. If you cannot keep this appointment, please call me to reschedule.

You should stop taking any products with aspirin (i.e. Bayer, Excedrin), ibuprofen (i.e. Motrin), naprosyn (i.e. Aleve), or COX-2 inhibitors (i.e. Celebrex, Vioxx, Bextra) 10 days before your surgery.

You cannot eat or drink anything after midnight on the night before your surgery.

The surgery will be in the West Campus Clinical Center. The address is 1 Deaconess Road. The building is on the corner of Brookline Avenue and Deaconess Road. You need to report to the 5th floor on the day of your surgery.

Surgery Date: Tuesday, November 2, 2004
Surgery Time: 11:45 A.M.
Arrive at hospital by: 10:00 A.M.

1st Postoperative visit: November 10th at 2:45 P.M.
2nd Postoperative visit: December 8th at 2:45 P.M.
3rd Postoperative visit: January 12th at 2:45 P.M.

Sincerely,


Karin Silk
Surgical Coordinator

## CERTIFICATE OF SERVICE

I certify that the attached document (s) was (were) sent by certified mail to the Federal Court, and regular FCM to the US Attorney this day to each of the following:

>US District Court
>Office of the Clerk
>1 Courthouse Way, Suite 2300
>Boston, MA 02210
>Certified # _____7003 0500 0000 8201 3050_____
>Defendant's Representative
>
>Mr. Chris Donato
>US Attorney's Office
>1 Courthouse Way, Suite 9200
>Boston, MA 02210

October 28, 2004
(Date)

Richard W. Duggan