UNITED STATES OF AMERICA
DISTRICT COURT OF MASSACHUSETTS

RICHARD W. DUGGAN,
Plaintiff,
v.

Civil Action No. 04-11116-DPW

JOHN POTTER, POSTMASTER GENERAL, ET AL.
Defendants

## REQUEST FOR INFORMATION

On November 24, 2004 I mailed my response to the court in regards to the Agency's motion to dismiss. As of today, January 4, 2005 i have not received any response from the court.

Please advise me if the court has provided any written response, and if so please mail a copy to me at my home address. Thank you for your assistance.

Richard W. Duggan

January 4, 2005

## CERTIFICATE OF SERVICE

I certify that the attached document (s) was (were) sent by certified mail to the Federal Court, and first class mail to the US Attorney this day to each of the following:

US District Court
Office of the Clerk
1 Courthouse Way, Suite 2300
Boston, MA 02210

<u>Defendant's Representative</u>

Mr. Chris Donato
US Attorney's Office
1 Courthouse Way, Suite 9200
Boston, MA 02210

<u>January 5, 2005</u>
(Date)

Richard W. Duggan