UNITED STATES OF AMERICA
DISTRICT COURT OF MASSACHUSETTS

RICHARD W. DUGGAN,
Plaintiff,
v.

Civil Action No. 04-11116-DPW

JOHN POTTER, POSTMASTER GENERAL, ET AL.
Defendants

## DECLARATION OF LINDA A. DUGGAN

I Linda A. Duggan, make the following declaration in lieu of an affidavit, pursuant to 28 U.S.C. § 1746:

1. This declaration is made upon my personal knowledge. I am over 21 years of age and I am competent to give this declaration in all respects..

2. I am the legal spouse of the plaintiff, Richard W. Duggan and have been married to him since September 26, 1964.

3. We live together at 103 Oak Lane #6, Brockton, MA 02301, and occupied this residence on February 20 and 22, 2004.

4. This is the best recollection of events on February 20 and 22, 2004, and I give it freely and williingly.

5. Mr. Duggan was on a detail to the Albany district and out of town beginning February 17, 2004.

6. He returned to our residence on Friday February 20 due to a death in the family.

7. On February 20, 2004 he opened the envelope containing the EEO material he received from Ms. Keefe.

8. On February 22, 2004 he completed the information on the forms, signed and

dated the forms, and dated the penalty envelope as 2-22-04. He made copies of all of the forms and envelope. He then left our condo with the envelope in his hand to mail at the collection box. He returned a few minutes later without the envelope. The collection box is approximately 50 yards from the front entrance of our building.

I declare under the penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Executed at Brockton, Massachusetts, this 25th day of October, 2004.

*Linda A. Duggan*
Linda A. Duggan