UNITED STATES OF AMERICA
DISTRICT COURT OF MASSACHUSETTS

RICHARD W. DUGGAN ,                    Civil Action No.   04 -11116-DPW
    Plaintiff,
      v.

JOHN POTTER, POSTMASTER GENERAL,ET AL.
    Defendants

### DECLARATION OF RICHARD W. DUGGAN

I Richard W. Duggan , make the following declaration in lieu of an affidavit, pursuant

to 28 U.S.C.    1746:

1. This declaration is made upon my personal knowledge. I am over 21 years of age and I am competent to give this declaration in all respects.

2. I am the plaintiff, and have been employed by the Postal Service since August 2, 1986.

3. I was on annual leave in Florida the week of February 8-13, and did not return to my residence until February 16, 2004.

4. On February 17, 2004 at approximately 5:45AM I left my residence to drive to the Boston P&DC, then be driven to Logan Intl airpoirt for a flight to Albany NY where I was being detailed for two (2) weeks.

5. I returned home on Friday afternoon February 20, 2004 due to the death of one of my brother-in-laws. The wake was Sunday February 22, and the funeral was held on February 23, 2004.

6. On February 20, 2004 when I returned home I opened up the envelope from Mary Ann Keefe, USPS EEO Dispute Resolution Specialist.

1/3
(4)

7. On February 22, 2004 in the early afternoon I signed the Notice of Right to File an Individual Complaint form and dated is 2-20-04.

8. On February 22, 2004 in the early afternoon I completed filling out the EEO Complaint of Discrimination in the Postal Service form and signed and dated it 2-22-04. I then made copies of it, wrote the mailing date of 2-22-03(sic) on it and placed all of the documents in the envelope. I then walked to the US Mail Collection box located adjacent to our building, approximately 50 yards away.

9. From April 1993 until approx March 27,1997 I was assigned as a Labor Relations specialist for the Springfield District domiciled at the White River Jct P&DC.

10. On March 30, 1997 I began a detail as an Operations Support Specialist at the Boston P&DC.

11. In Late August 1997 I was permanently reasigned to the position of Manager of the Priority Mail Facility in South Boston, MA.

12. In late June 1998 I was selected for the position of Manager Distribution Operations (EAS-24) in the Boston P&DC.

13. On October 16, 1997 I settled two (2) EEO Complaints. At that time I was the permanent Manager of the Priority Mail Facility in South Boston,. MA.

14. On April 14, 2004 I emailed Ms. Keefe and asked where my paperwork was. We exhanged emails and on 4-14-04 I wrote a letter and put in in a penalty envelope dated it 4-15-04 and mailed it on 4-15-04.

I declare under the penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

2/3

(4)

Executed at Brockton, Massachusetts, this 27th day of October, 2004.

*Richard W. Duggan*
Richard W. Duggan

3/3
(14)