UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| RICHARD W. DUGGAN,<br>    Plaintiff,<br><br>v.<br><br>JOHN POTTER, POSTMASTER<br>GENERAL, ET AL,<br>    Defendants. | Civil Action No. 04-11116-DPW |

## JOINT STATEMENT PURSUANT TO LOCAL RULE 16.1

Pursuant to Local Rule 16.1, the parties propose the following Discovery Plan and Motion Schedule for the Court to consider in connection with the initial scheduling conference in this matter currently scheduled for Thursday, February 10, 2005, at 2:30 pm, before Judge Douglas P. Woodlock.

### *Proposed Schedule*

| Event | Deadline |
|---|---|
| Completion of Written Fact Discovery and Depositions | May 31, 2005 |
| Deadline for Filing Dispositive Motions | July 31, 2005 |
| Final Pretrial Conference | To be scheduled by the Court |
| Trial | To be scheduled by the Court |

### Certification

Counsel for the defendants will file the certification Local Rule 16.1 requires certifying that he has spoken with his client concerning a litigation budget and alternative dispute resolution programs on or before the initial scheduling conference.

### Conference

Pursuant to Local Rule 16.1(B) and Fed.R.Civ.P. 26(f), counsel for the parties have conferred.

For the pro se plaintiff,

*Richard W. Duggan*
Richard W. Duggan
103 Oak Lane #6
Brockton, MA 02301
(508) 857-3792

For the defendants,
MICHAEL J. SULLIVAN
UNITED STATES ATTORNEY

*Christopher R. Donato*
Christopher R. Donato
Assistant U.S. Attorney
John Joseph Moakley Courthouse
1 Courthouse Way, Suite 9200
Boston, MA 02210
(617) 748-3303

Dated: February 2, 2005