UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| RICHARD W. DUGGAN,<br>    Plaintiff,<br><br>v.<br><br>JOHN POTTER, POSTMASTER<br>GENERAL, ET AL,<br>    Defendants. | Civil Action No. 04-11116-DPW |

**CERTIFICATION OF THE DEFENDANTS PURSUANT TO LOCAL RULE 16.1**

Pursuant to Local Rule 16.1, the defendants hereby certify that they have conferred with counsel concerning projected expenses for this litigation as well as alternative dispute resolution programs that may at some point assist in resolving this litigation.

Dated: February 2, 2005

*Anna V. Crawford*
Anna Crawford, Esq.
Agency Counsel
United States Postal Service
8 Griffin Road North
Windsor, CT 06006
(860) 285-7309

Dated: February 2, 2005

*Christopher R. Donato*
Christopher R. Donato
Assistant U.S. Attorney
John Joseph Moakley Courthouse
1 Courthouse Way, Suite 9200
Boston, MA 02210
(617) 748-3303