District of Massachusetts

# United States District Court

|  |  |  |
|---|---|---|
| RICHARD W. DUGGAN,<br>    Plaintiff, | )<br>)<br>)<br>) |  |
| v. | ) | Civil Action No. 04-11116-DPW |
| JOHN POTTER, POSTMASTER<br>GENERAL, ET AL,<br>    Defendants | )<br>)<br>)<br>)<br>) |  |

**Motion to Extend the Time Limits for Discovery, and Extend Time Limits for Submission of Dispositive Motions.**

The Plaintiff respectfully requests an additional three (3) weeks for discovery.

This time is needed to complete the submission of discovery items by both parties.

 The defendant's representative agrees with this  request,  and respectfully

requests that the time limits  be extended for the sumission of Dispositive Motions

 three (3) weeks.

/S/
Richard W. Duggan, Plaintiff
103 Oak Lane #6
Brockton, MA 02301

508 857 3792

**CERTIFICATE OF SERVICE**

I certify that on this day a true copy of the request to extend the time limits for three (3)

weeks was served via email, upon the Government's representative at the following

address:

Chris.Donato@usdoj.gov and

Christopher Donato Assistant U. S Attorney

 U. S. Attorney's Office

1 Courthouse Way, Suite 9200

Boston, MA 02210

Dated:   May 16, 2005

/S/
 Richard W. Duggan
 Plaintiff