# United States District Court

District of Massachusetts

| | |
|---|---|
| RICHARD W. DUGGAN,<br>    Plaintiff,<br><br>v.<br><br>JOHN POTTER, POSTMASTER<br>GENERAL, ET AL,<br>    Defendants | )<br>)<br>)<br>)<br>) Civil Action No. 04-11116-DPW<br>)<br>)<br>)<br>) |

Please accept the manual submission of the attached motion as I am not able to access the court's computer system for submitting motions. I have not been granted access to the system as of today. I enrolled twice, and have completed the training conducted by the court.

*[signature]*
Richard W. Duggan, Plaintiff
103 Oak Lane #6
Brockton, MA 02301

508 857 3792

July 1, 2005

CERTIFICATE OF SERVICE

   I certify that on this day a true copy of the plaintiff's response for production of documents was served by first class mail, postage prepaid, upon the Government's representative and the court at the following address:

Christopher Donato
Assistant U. S Attorney
U. S. Attorney's Office
1 Courthouse Way, Suite 9200
Boston, MA 02210

1

U.S. District Court
Clerk of Court
J.J. Moakley Courthouse
1 Courthouse Way
Boston, MA 02210

Dated:   July 1, 2005

*Richard W. Duggan*
Richard W. Duggan
Plaintiff