# United States District Court

District of Massachusetts

|  |  |
|---|---|
| RICHARD W. DUGGAN, <br>     Plaintiff, | ) <br> ) <br> ) <br> ) |
| v. | )   Civil Action No. 04-11116-DPW |
| JOHN POTTER, POSTMASTER <br> GENERAL, ET AL, <br>     Defendants | ) <br> ) <br> ) <br> ) |

**Plaintiff & Defendant's Request to transfer the case to ADR- Mediation**

**The Plaintiff and Defendant's representative agree that this case be transferred to the Alternative Dispute Resolution- mediation process, and that all dates for submission to the court for response to Discovery Motions and Summary Judgment be stayed until the case is either resolved, or transferred back to the judge.**

Enclosed is the Defendant's representative email in reply to this request.

Richard W. Duggan
Plaintiff

Dated:  July 22, 2005

## CERTIFICATE OF SERVICE

      I certify that on this day a true copy of this request was served by first class mail, postage prepaid, and email upon the Government's representative at the following address:

Christopher Donato
Assistant U. S Attorney
U. S. Attorney's Office
1 Courthouse Way, Suite 9200
Boston, MA 02210
Chris.Donato@usdoj.gov

Clerk of Court
US District Court
J.J. Moakley Bldg
1 Courthouse Way
Boston, MA 02210

Dated:    July 22, 2005

/S/
Richard W. Duggan
Plaintiff

## Duggan, Bud W - Boston, MA

**From:**      Chris.Donato@usdoj.gov
**Sent:**      Friday, July 22, 2005 11:29 AM
**To:**        Duggan, Bud W - Boston, MA
**Subject:**   RE: ADR mediation

Bud,

As we discussed, the USPS agrees to participate in the District Court's mediation program
before a Magistrate Judge in an effort to resolve this matter. It is our understanding
that our deadline for summary judgment motions will be stayed until at least 30 days after
completion of mediation.

Thanks,
Chris Donato

-----Original Message-----
From: Bud.W.Duggan@usps.gov [mailto:Bud.W.Duggan@usps.gov]
Sent: Friday, July 22, 2005 8:48 AM
To: Donato, Chris
Subject: ADR mediation

Chris,


I'd like to move this case to ADR mediation for possible settlement.


Please contact me at 508 269 9573 as soon as possible so that I can write a letter to the
court stating that we agree.


Thanks,


Bud