United States District Court
District of Massachusetts

| | |
|---|---|
| RICHARD W. DUGGAN,<br>   Plaintiff,<br><br>v.<br><br>JOHN POTTER, POSTMASTER<br>GENERAL, ET AL,<br>   Defendants | Civil Action No. 04-11116-DPW |

Notice of Change of Plaintiff's address and telephone number

Please change the Plaintiff's address and telephone number to:

40 Oakland St
Stoughton, MA 02072

Telephone number 508 269 9573

Respectfully, submitted,

*Richard W. Duggan*
Richard W. Duggan, Plaintiff
40 Oakland St
Stoughton, MA 02072

CERTIFICATE OF SERVICE

I certify that on this day a true copy of the plaintiff's notice of change of address and telephone number was served by first class mail, postage prepaid, upon the Government's representative and the court at the following address:

Christopher Donato
Assistant U. S Attorney
U. S. Attorney's Office
1 Courthouse Way, Suite 9200
Boston, MA 02210

Clerk of Court
US District Court
J.J. Moakley Courthouse
1 Courthouse Way
Boston, MA 02210

Dated:   August 18, 2005

*Richard W. Duggan*
Richard W. Duggan
Plaintiff