# United States District Court
# District of Massachusetts

RICHARD W. DUGGAN,
        Plaintiff,

        v.                            CIVIL ACTION NO. 2004-11116-DPW

JOHN POTTER, POSTMASTER GENERAL
UNITED STATES POSTAL SERVICE,
        Defendants.

## REPORT RE: REFERENCE FOR ALTERNATIVE DISPUTE RESOLUTION TO JUDGE

COLLINGS, U.S.M.J.

    On October 17, 2006, I held the following ADR proceeding:

| _____ | EARLY NEUTRAL EVALUATION | __X__ | MEDIATION |
| _____ | MINI-TRIAL | _____ | SUMMARY JURY TRIAL |
| _____ | SETTLEMENT CONFERENCE | | |

    Plaintiff, plaintiff's counsel, defendant's counsel and a representative of the defendant was present.

[X]    The case was SETTLED. The Clerk should issue a 30-day Order.

October 17, 2005                *Robert B. Collings*
DATE                                ROBERT B. COLLINGS
                                      United States Magistrate Judge

Copy to:    Judge Woodlock
                Rebecca Tyler, Esquire,
                Mr. Duggan and counsel for the defendants.