UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
_____
                            )
RICHARD W. DUGGAN,          )
        Plaintiff,          )
                            )
v.                          )    CIVIL ACTION NO. 04-11116-DPW
                            )
JOHN E. POTTER,             )
POSTMASTER GENERAL,         )
        Defendant.          )
_____)
```

## STIPULATION OF DISMISSAL WITH PREJUDICE

The parties in the above-captioned matter, pursuant to Fed. R. Civ. P. 41(a)(1)(ii), hereby stipulate that said action be dismissed with prejudice and without costs and all rights of appeal waived.

**BY THE PARTIES:**

The *Pro Se* Plaintiff,
RICHARD W. DUGGAN,

*/s/ Richard W. Duggan*
RICHARD W. DUGGAN
40 Oakland Street
Stoughton, MA 02072

Dated: 11-14-05

The Defendant,
JOHN POTTER,
POSTMASTER GENERAL,

MICHAEL J. SULLIVAN
United States Attorney

*/s/ Christopher R. Donato*
CHRISTOPHER R. DONATO
Assistant U.S. Attorney
John Joseph Moakley Courthouse
One Courthouse Way, Suite 9200
Boston, MA 02110

Dated: 11/8/05